UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ALLYN MCFARLAND,<br><br>　　　Plaintiff<br><br>v.<br><br>CHUCK, et al.,<br><br>　　　Defendants | Case No.: 2:23-cv-01972-APG-MDC<br><br>**Order Accepting Report and Recommendation**<br><br>[ECF No. 4] |

On March 26, 2024, Magistrate Judge Couvillier recommended that I dismiss this case because plaintiff Allyn McFarland did not file an amended complaint by the given deadline. ECF No. 4. McFarland did not object. Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

I THEREFORE ORDER that Magistrate Judge Couvillier's report and recommendation (ECF No. 4) is accepted and this case is dismissed without prejudice. The clerk of court is instructed to close this case.

DATED this 10th day of April, 2023.

　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE